IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01565-MSK-KLM

BRIAN W. CLAYBOURN,

    Plaintiff,

v.

3D CONCRETE,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER came before the Court on the Plaintiff's Complaint **(#1)** filed on July 25, 2007. Upon consideration of the same, the Court issued an Order to Show Cause **(#3)** why the Plaintiff's claims should not be dismissed for lack of subject matter jurisdiction. In that Order, the Court noted that while the Plaintiff invokes the Court's subject matter jurisdiction pursuant to 28 U.S.C. § 1332, the allegations in the Complaint did not show that the parties are diverse or that the amount in controversy exceeds $75,000. As to citizenship of the entity Defendant, the Court specifically directed the Plaintiff to 28 U.S.C. § 1332(c)(1) (citizenship of corporations); *Carden v. Arkoma Assoc.*, 494 U.S. 185, 195-96 (1990) (citizenship of limited partnerships); and *GMAC Commercial Credit, LLC v. Dillard Dept. Stores, Inc.,* 357 F.3d 827, 828-29 (8th Cir. 2004) (citizenship of limited liability companies).

The Plaintiff filed a response **(#4)** to the Order to Show Cause. His response states, in its entirety:

> The Plaintiff, through counsel in response to Court's order to show cause states that the parties have entered into a settlement agreement in this matter and ask that the court allow them until September 15, 2007 to submit an appropriate stipulation for dismissal to the court. Plaintiff further states that the defendant is a Nevada Corporation and the plaintiff is a citizen of the State of Colorado and complete diversity exists between the parties and that the amount in controversy involves serious back injuries to the plaintiff such that the amount of controversy was in excess of $75,000. In lieu of filing an amended complaint the plaintiff requests the court take notice that for purposes of this claim these are the allegations of the plaintiff and that the court has subject matter jurisdiction herein under 28 U.S.C. 1332.

The parties have filed no stipulation of dismissal, as the Plaintiff represented would occur.

The Plaintiff's response does not sufficiently demonstrate the Court's subject matter jurisdiction. Having now identified the Defendant as a Nevada corporation, however, he has not identified the Defendant's principal place of business. *See* 28 U.S.C. § 1332(c)(1). Therefore, the Court still cannot determine whether the parties are completely diverse.

**IT IS THEREFORE ORDERED** that the Plaintiff's claims are **DISMISSED**, without prejudice. The Clerk of Court is directed to close this case.

Dated this 28th day of September, 2007

                **BY THE COURT:**

                *Marcia S. Krieger*

                Marcia S. Krieger
                United States District Judge